**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Keith S. WOODS, Defendant–Appellant.**

**No. 01–7867.**

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 4, 2002.

Decided Feb. 28, 2002.

Keith Woods, pro se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

PER CURIAM.

Keith Woods seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Woods,* Nos. CR–98–1175; CA–01–746–7–20 (D.S.C. May 9, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*